IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| KATHLEEN IANNUZZI | ) | |
| **Debtor(s)** | ) | CHAPTER 7 |
| | ) | Previous Chapter 13 |
| SANTANDER CONSUMER USA, INC. | ) | |
| **Moving Party** | ) | Case No.: 16-18520 (SR) |
| | ) | |
| v. | ) | **Hearing Date: 5-10-17 at 1:30 PM** |
| | ) | |
| KATHLEEN IANNUZZI | ) | 11 U.S.C. 362 |
| **Respondent(s)** | ) | |
| | ) | |
| ROBERT H. HOLBER | ) | |
| **Trustee** | ) | |
| | ) | |
| | ) | |
| | ) | |

## ORDER VACATING THE AUTOMATIC STAY
## AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc., under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) is vacated pursuant to the authority granted in Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2006 Audi A4** bearing vehicle identification number WAUDF78E16A250095 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Date:

_____

UNITED STATES BANKRUPTCY JUDGE
**STEPHEN RASLAVICH**

**Dated: May 11, 2017**