United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kathleen Iannuzzi
        Debtor

Case No. 16-18520-sr
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JeanetteG          Page 1 of 2          Date Rcvd: Jun 13, 2017
                             Form ID: 318              Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2017.
```
db          #+Kathleen Iannuzzi,    3241 Durham Place E,    Southampton, PA 18966-2904
13873376     +Bridgecrest Credit Company LLC,    PO Box 29018,    Phoenix, AZ 85038-9018
13834574      First Premier Bank,    601 S Minneaplois Ave,    Dious FDalls, SD 57104
13834579     +Midland Funding,    2365 Northside Dr,    Suite 300,    San Diego, CA 92108-2709
13834580     +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13834582     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court:  Nationstar Mortgage LLC,    350 Highland Dr,   Lewisville, TX 75067)
13834581     +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13841390     +Nationstar Mortgage, LLC,    C/O ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
              P.O. Box 17933,    San Diego, CA 92177-7921
13869641     +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13834586      Square One Financial/Cach Llc,    Po Box 5980,    Denver, CO 80127
13859249     +THE BANK OF NEW YORK MELLON,    Nationstar Mortgage LLC,    PO Box 619096,   Dallas TX 75261-9096
13834592     +Young, Marr & Associates, LLC,    3554 Hulmeville Road,    Suite 102,    Bensalem, PA 19020-4366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QRHOLBER.COM Jun 14 2017 01:18:00     ROBERT H. HOLBER,    Robert H. Holber PC,
              41 East Front Street,    Media, PA 19063-2911
smg           E-mail/Text: bankruptcy@phila.gov Jun 14 2017 01:14:41     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2017 01:14:30
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2017 01:14:36     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13859952      EDI: STFC.COM Jun 14 2017 01:18:00     CACH, LLC,    Po Box 5980,   Denver, CO 80217-5980
13834572     +EDI: DVTM.COM Jun 14 2017 01:18:00     DriveTime Credit Co,    Attention: Bankruptcy,
              4020 E Indian School Rd,    Phoenix, AZ 85018-5220
13834573     +EDI: DVTM.COM Jun 14 2017 01:18:00     DriveTime Credit Co,    7300 E Hampton Ave,
              Mesa, AZ 85209-3324
13834575     +EDI: AMINFOFP.COM Jun 14 2017 01:18:00     First Premier Bank,    3820 N Louise Ave,
              Sioux Falls, SD 57107-0145
13877846      EDI: BL-BECKET.COM Jun 14 2017 01:18:00     Kohl's,    c/o Becket and Lee LLP,   PO Box 3001,
              Malvern PA 19355-0701
13834577     +EDI: CBSKOHLS.COM Jun 14 2017 01:18:00     Kohls/Capital One,    N56 W 17000 Ridgewood Dr,
              Menomonee Falls, WI 53051-5660
13834576     +EDI: CBSKOHLS.COM Jun 14 2017 01:18:00     Kohls/Capital One,    Po Box 3120,
              Milwaukee, WI 53201-3120
13834578     +EDI: RESURGENT.COM Jun 14 2017 01:18:00     LVNV Funding,    Po Box 10497,
              Greenville, SC 29603-0497
13852253      EDI: RESURGENT.COM Jun 14 2017 01:18:00     LVNV Funding, LLC its successors and assigns as,
              assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
13834584      EDI: PRA.COM Jun 14 2017 01:18:00     Portfolio Recovery,    120 Corporate Blvd Ste 1,
              Norfolk, VA 23502
13834583      EDI: PRA.COM Jun 14 2017 01:18:00     Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
13883931     +EDI: JEFFERSONCAP.COM Jun 14 2017 01:18:00     Premier Bankcard, Llc,
              c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13834585     +EDI: DRIV.COM Jun 14 2017 01:18:00     Santander Consumer USA,    Po Box 961245,
              Ft Worth, TX 76161-0244
13834588     +EDI: WTRRNBANK.COM Jun 14 2017 01:18:00     Tnb-Visa (TV) / Target,
              C/O Financial & Retail Services,    Mailstop BV  PO Box 9475,    Minneapolis, MN 55440-9475
13834589     +EDI: WTRRNBANK.COM Jun 14 2017 01:18:00     Tnb-Visa (TV) / Target,    Po Box 673,
              Minneapolis, MN 55440-0673
13834590     +EDI: VERIZONEAST.COM Jun 14 2017 01:18:00     Verizon,    500 Technology Dr,   Suite 500,
              Weldon Spring, MO 63304-2225
13834591     +EDI: VERIZONEAST.COM Jun 14 2017 01:18:00     Verizon,    500 Technology Dr,
              Weldon Spring, MO 63304-2225
                                                                                    TOTAL: 21

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13834587*     Square One Financial/Cach Llc,    Pob 5980,    Denver, CO 80127
                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2         User: JeanetteG          Page 2 of 2              Date Rcvd: Jun 13, 2017
                            Form ID: 318             Total Noticed: 33
```

```
                ***** BYPASSED RECIPIENTS (continued) *****
Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2017 at the address(es) listed below:
              MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW
              YORK as Trustee for HOME EQUITY LOAN TRUST 2007-FRE1 bkgroup@kmllawgroup.com
              PAUL H. YOUNG    on behalf of Debtor Kathleen   Iannuzzi ykassoc@gmail.com,   ykaecf@gmail.com,
              paullawyers@gmail.com,pyoung@ymalaw.com
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
              mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                               TOTAL: 5
```

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Kathleen Iannuzzi** | | Social Security number or ITIN  **xxx–xx–6219** |
| | First Name    Middle Name    Last Name | | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | | Social Security number or ITIN  _ _ _ _ |
| | | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:  **16–18520–sr**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kathleen Iannuzzi
aka Kathleen Horvath, aka Kathleen Kuhn

6/13/17

**By the court:**   Stephen Raslavich
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---